**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

DONALD HARDEN, )
)
Plaintiff, )
)
v. )   No. 4:20-CV-771 JAR
)
MISSOURI BOARD OF PROBATION AND )
PAROLE, et al., )
)
Defendants. )

## ORDER OF DISMISSAL WITHOUT PREJUDICE

For the reasons stated in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 21st day of October, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE